## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIAM MEDINA,

      Petitioner,                                            JUDGMENT IN A CIVIL CASE

v.                                                                    Case No. 11-cv-479-wmc

TIM HAINES, Warden,
Wisconsin Secure Program Facility,

      Respondent.

---

     This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

     IT IS ORDERED AND ADJUDGED that the petition of William Medina for a writ of habeas corpus under 28 U.S.C. § 2254 is denied and this case is dismissed with prejudice.

_Peter Oppeneer_                                        11/2/2011
Peter Oppeneer, Clerk of Court                          Date