IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WILLIAM MEDINA,

    Petitioner,

v.

TIM HAINES, Warden,
Wisconsin Secure Program Facility,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-479-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that the petition of William Medina for a writ of habeas corpus under 28 U.S.C. § 2254 is denied and this case is dismissed with prejudice.

_____         _____
Peter Oppeneer, Clerk of Court                          11/2/2011
                                                                                Date